UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SHANE GARST, et al.,<br><br>Defendants. | Case No.:  25-cv-02235-AJB-JLB<br><br>**ORDER DENYING NOTICE OF VOLUNTARY DISMISSAL OF THIRD PARTY DEFENDANTS JAMES GELLEIN AND IMA INC. dba IMA INSURANCE SERVICES, ONLY, WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)**<br><br>**(Doc. No. 23)** |

Before the Court is the notice of dismissal filed by Defendants/Cross-Complainants/Third-Party Plaintiffs Shane Garst and The Sydekicks Real Estate, LLC, (collectively, "Garst"). (Doc. No. 23.) Garst seeks to dismiss his third-party complaint against Third-Party Defendants James Gellein and IMA Inc., d.b.a. IMA Insurance Services, (collectively, "IMA") without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.*) However, Federal Rule of Civil Procedure 41(c) requires Garst to have filed any notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) "before a responsive pleading is served." Here, IMA filed an answer on November 21, 2025. (Doc. No. 18.)

25-cv-02235-AJB-JLB

Accordingly, Garst's Notice of Voluntary Dismissal of Third Party Defendants James Gellein and IMA Inc., d.b.a. IMA Insurance Services, only, without prejudice pursuant to FRCP 41(a)(1)(A)(i) is **DENIED**. The Court notes, however, that Garst and IMA may jointly move to dismiss Garst's third-party complaint against IMA pursuant to Federal Rule of Civil Procedure 41(a)(2)

**IT IS SO ORDERED.**

Dated:  February 18, 2026

Hon. Anthony J. Battaglia
United States District Judge

25-cv-02235-AJB-JLB